AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____   **SEALED**

UNITED STATES OF AMERICA

V.

WILLIAM STANLEY and
JOHN MANNING

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 04-M248-JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 8, 2004__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally conspire to distribute, and to possess with intent to distribute, marijuana, a Schedule I controlled substance

in violation of Title __21__ United States Code, Section(s) __§846 and 21 U.S.C. §841(a)(1)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

See Affidavit of Special Agent G. Ryan Arnold, attached hereto and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:  [X] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-09-2004                                          at            Boston, MA
Date                                                              City and State

Joyce London Alexander
United States Magistrate Judge
Name & Title of Judicial Officer                    _____
                                                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.