# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**SEALED**

IN UNITED STATES ☒ MAGISTRATE  X DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF

UNITED STATES V.S. Stanley, et al.
FOR: Mass
AT: Boston

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): William Stanley

1 X Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: MJ04-M-248JLA #1
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  X Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: Under the table
IF YES, how much do you earn per month? $ 500
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ___  SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE ___  DESCRIPTION ___

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Rent & utilities
Creditors | Total Debt | Monthly Paymt.
--- | --- | ---
Rent & utilities | $ | $ 400

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/9/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ William F. Stanley Jr.